**ALL VALLEY IMPOUND; United Road Services, Inc.; Professional Property Impound, Inc., Plaintiffs—Appellants,**

v.

**CITY OF PHOENIX, ARIZONA; Skip Rimza, individually and in his official capacity; Dave Siebert, individually and in his official capacity; Tom Milton, individually and in his official capacity; Peggy Bilsten, individually and in her official capacity; Phillip B. Gordon, individually and in his official capacity; Claude Mattox, individually and in his official capacity; Greg Stanton, individually and in his official capacity; Doug Lingner, individually and in his official capacity; Cody Williams, individually and in his official capacity, Defendants—Appellees.**

No. 00–16626.

D.C. No. CV–00–00669–ROS.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided March 5, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM [2]

This appeal from an order denying a request for a preliminary injunction comes to us under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We review for abuse of discretion, which occurs only if the district court based its decision either on an erroneous legal standard or on clearly erroneous factual findings. *Walczak v. EPL Prolong, Inc.,* 198 F.3d 725, 730 (9th Cir.1999) We cannot say that the district court abused its discretion here. The district court's denial of the request for a preliminary injunction is therefore

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.